SEYFARTH SHAW LLP
Alexandra V. Drury (SBN 291920)
adrury@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
Transform Holdco LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSFORM SR BRANDS LLC, a Delaware LLC d/b/a www.kenmore.com; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 23cv0585L AHG<br><br>**DEFENDANT TRANSFORM HOLDCO LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR VIOLATION OF THE VIDEO PRIVACY PROTECTION ACT PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(2), AND 12(B)(6)**<br><br>Date: June 5, 2023<br>Time: 10:30 a.m.<br>Judge: Hon. M. James Lorenz<br><br>[No Oral Argument Pursuant to Local Rules] |

Defendant Transform Holdco LLC, by and through its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), hereby moves to dismiss with prejudice the Class Action Complaint of Plaintiff Rebeka Rodriguez (Dkt. # 1) filed against it. Defendant files herewith its Memorandum of Points and Authorities in Support of its Motion to Dismiss setting forth the grounds on which it makes this Motion.

DEFENDANT TRANSFORM HOLDCO LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR VIOLATION OF THE VIDEO PRIVACY PROTECTION ACT PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(2), AND 12(B)(6)

94390723v.1

| | | |
|---|---|---|
| 1 | DATED: April 25, 2023 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |

By: _____
Alexandra V. Drury
Attorneys for Defendant
Transform Holdco LLC

2

DEFENDANT TRANSFORM HOLDCO LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR VIOLATION OF THE VIDEO PRIVACY PROTECTION ACT PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(2), AND 12(B)(6)

94390723v.1