1
2
3
4

SEYFARTH SHAW LLP
Alexandra V. Drury (SBN 291920)
adrury@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile: (415) 397-8549

5
6

Attorneys for Defendant
Transform Holdco LLC

7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16
17

REBEKA RODRIGUEZ, individually and
on behalf of all others similarly situated,

            Plaintiff,

        v.

TRANSFORM SR BRANDS LLC, a
Delaware LLC d/b/a www.kenmore.com;
and DOES 1 through 10, inclusive,

            Defendants.

Case No. 23cv0585L AHG

**DEFENDANT TRANSFORM
HOLDCO LLC'S NOTICE OF
PARTIES WITH FINANCIAL
INTEREST (LOCAL RULE 40.2)**

18
19
20

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF
RECORD:**

21
22
23
24
25

        Pursuant to Civil Local Rule 40.2, the undersigned counsel of record for Defendant
Transform Holdco LLC, incorrectly named as "Transform SR Brands LLC, a Delaware
LLC d/b/a www.kenmore.com," certifies that the following listed parties may have a
financial interest in the outcome of this case. These representations are made to enable
the Court to evaluate possible disqualification or recusal.

26
27
28

        Interested Parties:

        1.      Rebeka Rodriguez, Plaintiff; and

2.      Transform Holdco LLC, Defendant.

The undersigned certifies that as of this date, she is not aware of any other interested entities in this matter other than the parties named herein.

DATED: April 25, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By:_____
        Alexandra V. Drury
        Attorneys for Defendant
        Transform Holdco LLC

2