UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>                      Plaintiff,<br><br>v.<br><br>TRANSFORM BRANDS, LLC d/b/a www.kenmore.com,<br><br>                      Defendant. | CASE NO. 3:23cv0585-L-AHG<br><br>**ORDER OF DISMISSAL**<br><br>[ECF NO. 14] |

Pursuant to Plaintiff's notice of dismissal (ECF no. 14) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's individual claims and her claims asserted on behalf of a putative class are dismissed without prejudice. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** in its entirety.

    **IT IS SO ORDERED.**

Dated: February 8, 2024

_____
Hon. M. James Lorenz
United States District Judge